REDACTED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Criminal Action No. 08- **3 8** |
| | : |
| MARK TRAVIS, | : |
| | : |
| Defendant. | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about February 6, 2008, in the State and District of Delaware, MARK TRAVIS,

defendant herein, did knowingly possess with intent to distribute Heroin, a Schedule I controlled

substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT II

On or about February 6, 2008, in the State and District of Delaware, MARK TRAVIS,

defendant herein, during and in relation to a drug trafficking crime for which he may be

prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute

Heroin, as set forth in Count I of this Indictment and incorporated by reference as if fully set

forth herein), knowingly carried a firearm, to wit, a Glock, model 17, 9mm semi-automatic

handgun, serial number EVU100US, and knowingly possessed said firearm in furtherance of said

drug trafficking crime, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III

On or about February 6, 2008, in the State and District of Delaware, MARK TRAVIS, defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit, a conviction on or about February 3, 2005, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a firearm in and affecting interstate commerce, to wit, a Glock, model 17, 9mm semi-automatic handgun, serial number EVU100US, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, MARK TRAVIS, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation.

Upon conviction of the firearms offenses alleged in Counts II and III of this Indictment, MARK TRAVIS, defendant herein, shall forfeit to the United States pursuant to Title 18 United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) any firearm involved or used in the commission of said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

2

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property that cannot be divided without

       difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of said defendant up to the value of the forfeitable property

described above.

A TRUE BILL:


COLM F. CONNOLLY
United States Attorney

BY:    Shawn Martyniak
       Special Assistant United States Attorney

Dated: March 04, 2008

3