UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. **CR 08-38-SLR** |
| vs. | ) |
| **MARK TRAVIS** | ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **MARCH 13, 2008** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 25, 2008*. The time between the date of this order and *April 25, 2008* shall be excludable under the Speedy Trial Act ( 18 U.S.C. 3161, et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney