# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Action No. 08-38-SLR |
| Plaintiff, : | |
| v. : | |
| : | |
| MARK TRAVIS, : | |
| : | |
| Defendant. : | |

## GOVERNMENT'S MOTION FOR STATUS CONFERENCE

The United States, by and through Colm F. Connolly, United State's Attorney for the District of Delaware, and Shawn E. Martyniak, Special Assistant United State's Attorney for the District of Delaware, hereby requests a status conference in the matter *United States v. Mark Travis*.

1. On March 4, 2008, the Grand Jury for the District of Delaware indicted Mr. Travis for knowingly possessing with the intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); possessing a firearm in furtherance of a drug trafficking crime (to wit, the knowing possession with intent to distribute heroin, in violation of 18 U.S.C. § 924(c)(1)(A); and knowingly possessing a firearm that has been transported in interstate commerce to Delaware, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. On March 13, 2008, the Court ordered the defendant to file pretrial motions by April 25, 2008. As of April 28, 2008, the defendant has not filed any pretrial motions.

3. In support of this motion, the United States asserts that the initial pretrial motions deadline of April 25, 2008, has passed, and that defendant Mark Travis has not filed any pretrial motions. The United States respectfully requests that the time between the filing of this

motion and the date of the Status Conference be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(F).

    4. The Government respectfully requests a status conference to determine possible trial dates.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                                      By:    /s/ Shawn Martyniak
                                      Shawn E. Martyniak (De. I.D. No. 4433)
                                      Special Assistant United States Attorney
                                      1007 Orange Street, Suite 700
                                      P.O. Box 2046
                                      Wilmington, Delaware 19899-2046

Dated: April 28, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08-38-SLR |
| ) | |
| MARK TRAVIS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

ORDER

For the reasons stated in the Government's *Motion* dated April 28, 2008, IT IS

HEREBY ORDERED that a status conference shall be held on _____, 2008 at _____.


Dated: _____

_____
Sue L. Robinson
UNITED STATES DISTRICT JUDGE