IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 08-38-SLR |
| | ) |
| MARK TRAVIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___ day of April, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Wednesday, May 14, 2008** at **9:30 a.m.**, with the court initiating said call.

2. The time between this order and May 14, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge