IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 08-38-SLR |
| MARK TRAVIS, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 14th day of May, 2008;

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, June 23, 2008** at 2:00 p.m., with the court initiating said call.

_____
United States District Judge